

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 6, 2018

**BY ECF AND EMAIL**
Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    <u>United States</u> v. <u>Jeffrey Rogiers</u>, 17 Cr. 503 (AJN)

Dear Judge Nathan:

      Through his counsel, defendant Jeffrey Rogiers has expressed a desire to change his plea to guilty under a proposed plea agreement with the Government.  The Government and defendant Rogiers through his counsel respectfully request that a change of plea hearing be scheduled for Monday, August 13, 2018 (at or after 3:00PM) or Tuesday, August 14, 2018 (at any time).  Per Your Honor's Individual Practices, the parties will separately forward a copy of the plea agreement to Your Honor's Chambers in advance of the change of plea hearing.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

By:  _____
      Andrea M. Griswold / Samson Enzer
      Assistant United States Attorneys
      (212) 637-1205 / -2342

cc:  All counsel of record