# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

August 7, 2018

**VIA ECF:**
Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Jeffrey Rogiers,**
      **17 Cr. 503 (AJN)**

Dear Judge Nathan:

    I write, pursuant to 18 U.S.C. § 4285, to request your Honor sign the enclosed order directing the U.S. Marshals Service to arrange for and fund Mr. Rogiers' round trip travel for the court appearance scheduled for Monday, August 13, 2018, at 3:00PM. I specifically request that the U.S. Marshals schedule Mr. Rogiers to arrive on Friday, August 10, 2018, so that he has sufficient time to meet with counsel ahead of the appearance.

    I thank the Court for its attention to this matter.

Respectfully submitted,
/s/
Sabrina Shroff
Assistant Federal Defender
(212) 417-8713

Cc:   All parties (by ECF)

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
UNITED STATES OF AMERICA           :      TRANSPORTATION ORDER
                                              17 Cr. 503 (AJN)
          - v -                    :

JEFFREY ROGIERS,                   :

              Defendant.           :
-----------------------------------x
```

Upon the application of **Jeffrey Rogiers**, by his attorney, **Sabrina Shroff, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Jeffrey Rogiers with funds to cover the cost of transportation between Oakland, California and New York, New York, for Mr. Rogier's court appearance, scheduled for Monday, August 13, 2018 at 3:00PM EST, to arrive no later than Friday, August 10, 2018 at 2:00PM EST and leave no earlier than Tuesday, August 14, 2018 at 12:00PM EST; and it is hereby further

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated: New York, New York           SO ORDERED:
       August __, 2018

                                    _____
                                    HONORABLE ALISON J. NATHAN
                                    United States District Judge